# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, | Case No.: 2:17-cv-02832-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 16) |
| STEPHANIE SHIRIT, | |
| Defendant(s). | |

Pending before the Court is a stipulation regarding responses to written discovery and abstention from filing new motions, Docket No. 16, which is hereby **DENIED** as unnecessary; *see* Fed.R.Civ.P. 29(b).

IT IS SO ORDERED.

Dated: May 1, 2018

_____
Nancy J. Koppe
U.S. Magistrate Judge